In the Matter of the Arbitration between WESLEY A. DE PEW, Respondent, and GLENS FALLS INSURANCE COMPANY, Appellant.—

Judgment affirmed, with costs. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.